

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00460-CV

### IN THE INTEREST OF M.W.M., AN ADULT

On Appeal from the
54th District Court of McLennan County, Texas
Trial Court Cause No. 2019-1135-C2

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be reversed and the cause remanded to the trial court. The Court orders the judgment of the trial court REVERSED and REMANDED for further proceedings consistent with its opinion. Appellee, THE STATE OF TEXAS, is exempt from all costs.

We further order this decision certified below for observance.

February 25, 2021